Ray L. Wong (SBN 84193)
William J. Kennedy (SBN 275178)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, California 94105-1127
Telephone: 415.957-3000
Facsimile: 415.957-3001
E-mail:  rlwong@DuaneMorris.com
         wjkennedy@DuaneMorris.com

Attorneys for Defendant WENDY'S INTERNATIONAL, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COSTCO WHOLESALE CORPORATION; WENDY'S INTERNATIONAL, INC.; YURIKO YOKOTA TRUST; JANE KUMABE; AGNES MUSADA; CHK INC.; and DOES 1 through 50, Inclusive,<br><br>　　　　　Defendant. | Case No.: 2:11-cv-01371-MCE-EFB<br><br>**ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: May 20, 2011 |

Upon consideration of the Joint Stipulation submitted by Defendant Wendy's International, Inc. ("Defendant") and Plaintiff Connie Arnold ("Plaintiff") to extend the time for Defendant to respond to the Complaint.

IT IS HEREBY ORDERED that Defendant shall have until July 28, 2011 to Respond to Plaintiff's Complaint.

IT IS SO ORDERED.

**Date:  July 15, 2011**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE