# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD,<br><br>         Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION; WENDY'S INTERNATIONAL INC.; YURIKO YOKOTA TRUST; JANE KUMABE; AGNES MASUDA; CHK INC.; and DOES 1 through 50, Inclusive,<br><br>         Defendants. | Case No.:  2:11-cv-01371-MCE -AC<br><br>**Civil Rights**<br><br>**ORDER GRANTING DISMISSAL AS TO DEFENDANT CHK INC. ONLY BY PLAINTIFF CONNIE ARNOLD** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the above-captioned action as to Defendant CHK INC. only, is hereby dismissed <u>with</u> prejudice .

IT IS SO ORDERED.

Dated:  December 19, 2012

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT