Ray L. Wong (SBN 84193)
William J. Kennedy (SBN 275178)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, California 94105-1127
Telephone: 415.957-3000
Facsimile: 415.957-3001
E-mail:  rlwong@DuaneMorris.com
           wjkennedy@DuaneMorris.com

Attorneys for Defendant WENDY'S INTERNATIONAL, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION; WENDY'S INTERNATIONAL, INC.; YURIKO YOKOTA TRUST; JANE KUMABE; AGNES MUSADA; CHK INC.; and DOES 1 through 50, Inclusive,<br><br>　　　　Defendant. | Case No.: 2:11-cv-01371-MCE-AC<br><br>**ORDER GRANTING DEFENDANT WENDY'S INTERNATIONAL, INC.'S MOTION TO MODIFY THE PRETRIAL SCHEDULING ORDER**<br><br>**Courtroom:**　　7<br>**Complaint Filed:** May 20, 2011<br>**Trial:** April 12, 2014<br><br>**JUDGE: MORRISON C. ENGLAND** |

　　　　Defendant Wendy's International, Inc.'s ("Wendy's") Motion to Modify the Pretrial Scheduling Order was heard on March 21, 2013 at 2:00 p.m. in Courtroom 7 on the 14th Floor of the above-entitled Court by the Honorable Morrison C. England.

　　　　After consideration of the written papers, oral arguments of counsel and all the evidence in the case, and for good cause appearing therefore:

　　　　///

**IT IS HEREBY ORDERED THAT**:

(1) The Pretrial Scheduling Order is modified to permit additional non-expert discovery until May 2, 2013;

(2) The Pretrial Scheduling Order is modified to permit Wendy's expert rebuttal witness disclosure, which was served on February 8, 2013; and

(3) The Pretrial Scheduling Order is modified to extend the deadline for filing dispositive motions from March 7, 2013 until June 2, 2013.

IT IS SO ORDERED.

Dated: February 15, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE