1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONNIE ARNOLD,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION;  WENDY'S INTERNATIONAL INC.; YURIKO YOKOTA TRUST; JANE KUMABE; AGNES MASUDA; CHK INC.; and DOES 1 through 50, Inclusive,<br><br>　　　　　　Defendants. | ) Case No.: 11-cv-01371-MCE-EFB<br>)<br>) **Civil Rights**<br>)<br>) **ORDER RE: CONSENT DECREE**<br>) **FOR SETTLEMENT OF**<br>) **PLAINTIFF'S CLAIMS FOR**<br>) **INJUNCTIVE RELIEF ONLY AS TO**<br>) **DEFENDANTS YURIKO YOKOTA**<br>) **TRUST; JANE KUMABE; AND**<br>) **AGNES MASUDA**<br>)<br>)<br>)<br>)<br>) |

# **ORDER**

For good cause shown, Plaintiff CONNIE ARNOLD and Defendants YURIKO YOKOTA TRUST, JANE KUMABE, AND AGNES MASUDA having entered into the CONSENT DECREE FOR SETTLEMENT OF PLAINTIFF'S CLAIMS FOR INJUNCTIVE RELIEF ONLY AS TO DEFENDANTS YURIKO YOKOTA TRUST; JANE KUMABE; AND AGNES MASUDA submitted concurrently with this proposed order, it is ORDERED that the Court shall retain jurisdiction of this action to enforce the provisions of the CONSENT DECREE until Defendants comply with all of the terms of the CONSENT DECREE.

IT IS SO ORDERED.

DATED:  April 20, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT