UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD,<br><br>        Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>        Defendants. | No. 2:11-cv-01371-MCE-AC<br><br><br><br>**ORDER** |

    Presently before the Court is Defendant Wendy's International Inc.'s Motion to Set Settlement Conference and Confirm that the Stay Extends to All Parties. (ECF No. 53.) Plaintiff filed a Statement of Non-Opposition. (ECF No. 54.) The Court hereby affirms and clarifies that its March 7, 2013, Order setting a settlement conference and staying the case applies to all parties. (ECF No. 48.)

///
///
///
///
///
///
///

Accordingly, IT IS HEREBY ORDERED THAT:

1. Defendant Wendy International Inc.'s Motion (ECF No. 53) is GRANTED;
2. The case is STAYED as to all parties; and
3. As set forth in the Court's prior order (ECF No. 48), Magistrate Judge Drozd has been assigned as a Settlement Judge in this case.

DATED: June 5, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT