1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   CONNIE ARNOLD,                          ) Case No.:  2:11-cv-01371-MCE -AC
                                             )
12                    Plaintiff,             ) <u>**Civil Rights**</u>
                                             )
13   vs.                                     ) **ORDER GRANTING DISMISSAL AS**
                                             ) **TO DEFENDANTS YURIKO**
14   COSTCO WHOLESALE                        ) **YOKOTA TRUST; JANE KUMABE;**
     CORPORATION;  WENDY'S                   ) **AND AGNES MASUDA ONLY BY**
15   INTERNATIONAL INC.; YURIKO              ) **PLAINTIFF CONNIE ARNOLD**
     YOKOTA TRUST; JANE KUMABE;              )
16   AGNES MASUDA; CHK INC.; and             )
     DOES 1 through 50, Inclusive,           )
17                                           )
                                             )
18                    Defendants.            )
                                             )

19           Per Plaintiff's request (ECF No. 61) and pursuant to Fed. R. Civ. P. 41(a)(2),

20   the above-captioned action as to Defendants  YURIKO YOKOTA TRUST; JANE

21   KUMABE; and AGNES MASUDA only, are hereby dismissed <u>with</u> prejudice .

22           IT IS SO ORDERED

23   Dated:  September 24, 2013

24

25

26   _____
     MORRISON C. ENGLAND, JR., CHIEF JUDGE
27   UNITED STATES DISTRICT COURT

28