# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION; WENDY'S INTERNATIONAL INC.; YURIKO YOKOTA TRUST; JANE KUMABE; AGNES MASUDA; CHK INC.; and DOES 1 through 50, Inclusive,<br><br>　　　　　Defendants. | Case No.: 2:11-cv-01371-MCE -AC<br><br>**Civil Rights**<br><br>**ORDER GRANTING DISMISSAL AS TO DEFENDANTS YURIKO YOKOTA TRUST; JANE KUMABE; AND AGNES MASUDA ONLY BY PLAINTIFF CONNIE ARNOLD** |

　　　Per Plaintiff's request (ECF No. 61) and pursuant to Fed. R. Civ. P. 41(a)(2), the above-captioned action as to Defendants YURIKO YOKOTA TRUST; JANE KUMABE; and AGNES MASUDA only, are hereby dismissed <u>with</u> prejudice .

　　　IT IS SO ORDERED

Dated:  September 24, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT