1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD, | ) Case No.: 2:11-cv-01371-MCE -AC |
| Plaintiff, | ) **Civil Rights** |
| vs. | ) **ORDER GRANTING DISMISSAL AS TO DEFENDANT COSTCO WHOLESALE CORPORATION ONLY BY PLAINTIFF CONNIE ARNOLD** |
| COSTCO WHOLESALE CORPORATION; WENDY'S INTERNATIONAL INC.; YURIKO YOKOTA TRUST; JANE KUMABE; AGNES MASUDA; CHK INC.; and DOES 1 through 50, Inclusive, | ) |
| Defendants. | ) |

/ / /

/ / /

/ / /

/ / /

1 | Pursuant to Fed. R. Civ. P. 41(a)(2), the above-captioned action as to
2 | Defendant COSTCO WHOLESALE CORPORATION only, are hereby dismissed
3 | with prejudice .
4 |
5 | IT IS SO ORDERED.
6 | Dated: November 5, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT