1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD,<br><br>  Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION; et al.,<br><br>  Defendants. | ) Case No.:  2:11-cv-01371-MCE -AC<br>) <u>**Civil Rights**</u><br>)<br>) **ORDER GRANTING DISMISSAL AS**<br>) **TO DEFENDANT WENDY'S**<br>) **INTERNATIONAL INC. ONLY BY**<br>) **PLAINTIFF CONNIE ARNOLD**<br>)<br>)<br>) |

Pursuant to Fed. R. Civ. P. 41(a)(2), the above-captioned action as to Defendant WENDY'S INTERNATIONAL INC. only, is hereby dismissed <u>with</u> prejudice.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  November 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT